IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR146 |
| vs. | ) | |
| | ) | ORDER |
| JENNIFER PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion (Doc. 15) for a 60-day extension of the pretrial motion deadline for the reason that she may get enrolled in a drug treatment program. There is no connection between one's enrollment in a drug treatment program and the ability for counsel to file the pretrial motions contemplated in paragraph 3 of the case progression order (Doc. 11). Thus, the court finds that the defendant has not shown good cause for the lengthy continuance requested.

**IT IS ORDERED** that defendant's motion (Doc. 15) is denied.

**DATED May 20, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**